IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ESTATE OF BRENDA HARDIN | ) | |
| *Diana Searcy as Executrix*, | ) | |
| v. | ) | |
| | ) | |
| BROADMORE SENIOR SERVICES, LLC; | ) | No. 3:05-0382 |
| SSA MURFREESBORO ALF, LLC d/b/a | ) | Consolidated with 3:06-0481 |
| Broadmore Estates at Murfreesboro | ) | |

**O R D E R**

In accordance with the contemporaneously entered memorandum, the defendants' motion for summary judgment (Docket Entry No. 33) is GRANTED, the plaintiff's motion for summary judgment (Docket Entry No. 37) is DENIED, and this case is DISMISSED with prejudice.

This order shall constitute the final judgment in this case pursuant to Rules 58 and 79 of the Federal Rules of Civil Procedure.

Juliet Griffin
United States Magistrate Judge